UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Sealey,<br><br>            Plaintiff,<br><br>     v.<br><br>Tom Egan, d/b/a Access Unlimited,<br><br>            Defendant. | No.  2:14-cv-00897-GEB-CMK<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiff states in his Status Report filed September 10, 2014:

> It is has recently come to Plaintiff's counsel's attention that Plaintiff has reached out to Defendant Tom Egan on his own and has been informally discussing resolution of this matter.
>
> At this time, we feel that it would be a waste of judicial time and resources to expand time and energy on unnecessary motions such as a motion for default judgment while the parties continue to work on an informal settlement.
>
> As such, we request that the Court stay all current proceedings for ninety (90) days so that the parties can continue their settlement negotiations outside of this Court.

(Pl.'s Status Report 2:3-12, ECF No. 10.)

This action has been pending since April 11, 2014, and yet Defendant has not appeared, and Plaintiff does not indicate

1

what steps he will take to prosecute this action if a settlement is not reached. Therefore, in the event a settlement is not reached, Plaintiff shall take the steps necessary to prosecute this action as a default matter. No later than December 12, 2014, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or show cause in a filing why the action should not be dismissed for failure of prosecution.

Further, the status conference scheduled for hearing on September 29, 2014, is continued to commence at 9:00 a.m. on February 23, 2015. A status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: September 22, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2